

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>          **Plaintiff,**<br>       V.<br><br>$11,800.00 in U.S. Currency<br><br><br>          **Defendant.** | Civil Action No. 19cv289-MMA(JLB)<br><br><br><br>**DEFAULT JUDGMENT<br>IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the interest of Hilda Ortega, Jerome Simpson and all potential claimants be ordered condemned and forfeited to the United States. In addition, the defendant is hereby condemned and forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6). Judgment shall be entered on Plaintiff's Complaint in favor of the United States of America.

Costs incurred by the United States Marshals Service, and any other Governmental agencies which were incident to the seizure, custody, and storage of the defendant shall be the first charge against the forfeited defendant.

Date: 7/9/19

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ R. Chapman

R. Chapman, Deputy